# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE: Mindaugas Keturakis )
Linda Keturakiene )
) Bankruptcy No. 12 B 47429
)
Debtor(s) )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on  February 27, 2014 at 10:30 a.m.   in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Frances Gecker is to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: January 10, 2014

In re: Mindaugas & Lina Keturakiene
Bankruptcy No. 12 B 47429

# CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on January 10, 2014, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

represented by Saulius Modestas
Modestas Law Offices, P.C.
25 East Washington St.
Suite 1804
Chicago, IL 60602-1828
Email: smodestas@modestaslaw.com

Trustee
Frances Gecker
325 North LaSalle Street
Suite 625
Chicago, IL 60654

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Class Mail

Debtor
Mindaugas Keturakis
Lina Keturakiene
831 Singer Ave.
Lemont, IL 60439